## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been served via first class mail on  10/4/2007
to the following individuals.

Randy Williams, Trustee
Thompson and Knight
33 Clay Street Suite 3300
Houston, Texas 77002

U S Trustee
515 Rusk Avenue
Suite 3516
Houston, Texas 77002

Robert Hohenberger, Attorney
2500 Wilcrest Ste. 107
Houston, Texas 77042

Marc Douglas Myers, Attorney
3120 Southwest Freeway Ste. 320
Houston, Texas 77098

David N. Ziegler, Attorney
770 South Post Oak Lane Ste 320
Houston, Texas 77056

_____
Rick Hawks

_____
Rick Hawks
Counsel for Bruce and Isabel Putman
P.O. Box 1729
Tomball, Texas 77377
281-251-3198 (phone)
281-251-1019 (fax)
rhawks@hawkslawfirm.com

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

BRUCE PUTMAN                                         CHAPTER 7
ISABEL PUTMAN,                                       (07-32046)
DEBTORS

## NOTICE TO COURT OF NO FILING OF CREDIT COUNSELING CERIFICATE

### BACKGROUND

1. On March 28, 2007 a chapter 7 voluntary petition was filed in the Southern District of Texas, Houston Division under cause number 07-32046

2. The requirement to take the financial management course as mandated by rule 109(h) was not fulfilled.

3. On April 11, 2007 an Application for Waiver to file form B22A was filed with a proposed order.

4. The Application was considered by the court and signed on April 27, 2007.

5. A creditor's meeting was held on April 30, 2007 attended by the trustee, debtors and debtors counsel.

### FACTS

1. There has been no filing of a credit counseling certificate

2. There has been no showing of exigent circumstances as called for in section 3(A) of rule 109.

3. Counsel for the debtor discovered this omission and brings it to the attention of this Honorable Court.

### CONCLUSION

Debtors' submit this information in the belief that they have an affirmative duty to do so. Debtors request that this Honorable Court take the appropriate action.